# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | : Case No. 3:17-cr-53 |
| Plaintiff, | : District Judge Walter H. Rice |
| vs. | : Magistrate Judge Sharon L. Ovington |
| ALFREDO MURRIETA, JR., | : |
| Defendant. | : |

## ORDER

This matter came before the Court for hearing on June 14, 2017 before United States Magistrate Judge Sharon L. Ovington, who thereafter issued a Report and Recommendations. (Doc. #28). Having conducted a full colloquy with Alfredo Murrieta, Jr., the Magistrate Judge concluded that Defendant's plea of guilty is knowing, intelligent, and voluntary, and that there is an adequate factual basis for a finding of guilty as to Count 1 of the Information.

The Court, noting that no Objections to the Report and Recommendations have been filed and that the time for filing Objections has expired, hereby ADOPTS in full said Report and Recommendations.

Therefore, based on the aforesaid, and this Court's de novo review of the record and the findings by the United States Magistrate Judge, this Court adopts the findings and recommendations of the United State Magistrate Judge, and finds that Defendant Alfredo

Murrieta, Jr.'s guilty plea was knowing, voluntary, and intelligent. Defendant is FOUND guilty as charged of the offense to which he pled—specifically, Count 1 of the Information, Conspiracy to Possess with Intent to Distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethy)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), all in violation of 21 U.S.C. § 846.

Final acceptance of Defendant's guilty plea is deferred pending review of the pre-sentence investigation report.

Date: 7-6-17

Walter H. Rice
United States District Judge